IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-CV-80782 RYSKAMP/Vitunac

KEN L. MULLENS,

Plaintiff,

v.

FPL ENERGY, LLC,
a Florida corporation, and
FPL GROUP, INC.,
a Florida corporation.

Defendants.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE FOR COUNT I AND WITHOUT PREJUDICE FOR COUNTS II, III AND IV

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, KEN L. MULLENS ("Plaintiff"), and Defendants, FPL ENERGY, LLC and FPL GROUP, INC. ("Defendants"), hereby jointly stipulate to the voluntary dismissal of this case as follows:

1. Count One of Plaintiff's Amended Complaint under 18 U.S.C. § 1514A SARBANES OXLEY against all Defendants is dismissed WITH PREJUDICE.

2. The remaining Counts (II, III and IV) Under the Florida Whistle Blower Act Fla. Stat. §443.103., et seq. are dismissed WITHOUT PREJUDICE.

Each party is to bear their own attorney's fees and costs.

Dated this 5th day of May, 2008.

1

Respectfully submitted,

| | |
|---|---|
| *Counsel for Plaintiff* <br> **CATHLEEN SCOTT, ESQ.** <br> Law Offices of Cathleen Scott, P.A. <br> 250 South Central Boulevard, Suite 104-A <br> Jupiter, FL 33458 <br> Telephone: (561) 653-0008 <br> Facsimile : (561) 653-0020 <br><br> __s/Cathleen Scott, Esq.__ <br> Florida Bar No: 135331 <br> E-Mail: CScott@floridalaborlawyer.com | *Counsel for Defendant* <br> **ELLEN S. MALASKY, ESQ.** <br> Florida Power & Light Company <br> 700 Universe Blvd. <br> Juno Beach, Florida 33408 <br> Telephone: (561) 691-7321 <br> Facsimile: (561) 691-7103 <br><br> __s/Ellen S. Malasky__ <br> Fla. Bar No. 724599 <br> E-Mail: ellen_malasky@fpl.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2008, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                               s/Cathleen Scott <br>
                               Cathleen Scott, Esq.  Florida Bar No: 135331 <br>
                               E-Mail: CScott@floridalaborlawyer.com <br>
                               Law Offices of Cathleen Scott, P.A. <br>
                               Jupiter Gardens <br>
                               250 South Central Boulevard, Suite 104-A <br>
                               Jupiter, FL 33458 <br>
                               Telephone: (561) 653-0008 <br>
                               Facsimile : (561) 653-0020 <br>
                               Attorneys for Plaintiff